# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Jazmin Guadalupe Platas Reyes,

     Plaintiff

v.

Costco Wholesale Corporation,

     Defendant

Case No.: 2:26-cv-01736-JAD-EJY

**Remand Order**

[ECF No. 6]

Jazmin Guadalupe Platas Reyes filed this slip-and-fall case based entirely on state-law claims in Nevada State Court.  Defendant Costco Wholesale Corporation removed this case to this court under 28 U.S.C. § 1332 and 1441(b) based on diversity of citizenship, asserting that the plaintiff's filing of an exemption from the state court's arbitration program was the "other paper" that triggered the 30-day removal period.[1]  The plaintiff moves to remand, arguing that her complaint itself sought damages "in excess of $75,000," opening the 30-day removal period and making Costco's removal untimely.[2]

Costco's opposition to that motion was due by July 1, 2026.  That deadline passed without any response or request to extend the deadline to file one, leaving the motion unopposed.  This court's Local Rule 7-2(d) provides that "[t]he failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to the granting of the motion."  I apply this rule and deem the Costco's failure to respond to the motion as its consent to granting it.

---

[1] ECF No. 1.

[2] ECF No. 6.

IT IS THEREFORE ORDERED that:

- Plaintiff's Motion to Remand **[ECF No. 6] is GRANTED**;

- The July 22, 2026, **hearing on that motion is VACATED;** and

- The Clerk of Court is directed to **REMAND this case back to the Eighth Judicial District Court, Department 19, Case No. A-26-941861-C,** and CLOSE THIS CASE.

Dated: July 7, 2026

_____
U.S. District Judge Jennifer A. Dorsey

2